JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

RICKY GLEN LUSTER,                          ) NO. CV 10-02681 CAS (SS)
                                            )
                    Petitioner,             )
                                            )
            v.                              )    **JUDGMENT**
                                            )
GARY SWARTHOUT, Warden                      )
                                            )
                    Respondent.             )
_____)

        Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 29, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE